STATE OF NEW JERSEY AND NEW JERSEY STATE BOARD OF
PROFESSIONAL PLANNERS v. ADDISON G. BRADLEY.

February 10, 1981.

Petition for certification denied.

MAINLAND REGIONAL TEACHERS ASSOCIATION v. BOARD OF
EDUCATION OF MAINLAND REGIONAL SCHOOL DISTRICT.

February 10, 1981.

Petition for certification denied. (See 176 *N.J.Super.* 476)

STATE OF NEW JERSEY v. JAMES HUGHES.

February 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. HENRY STYPULKOWSKI.

February 10, 1981.

Petition for certification denied. (See 176 *N.J.Super.* 524)